Firm ID#46603                                                    DCW/as/14-111

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – LAW DIVISION

| | | | |
|---|---|---|---|
| JOHN KROSS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 15 L 372 |
| | ) | | |
| ABX AIR, INC., | ) | | |
| LGSTX SERVICES, INC., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

This cause coming on to be heard on Motion of plaintiff, due notice having been given, and the Court being fully advised in the premises:

### IT IS HEREBY ORDERED:

That plaintiff is granted leave to voluntarily dismiss Cause No. 15 L 372, without prejudice pursuant to 735 ILCS 5/2-1009, with leave to re-file within one year with costs to be tendered now or upon re-filing.

| | | |
|---|---|---|
| Burke Wise Morrissey & Kaveny | | |
| Attorneys for Plaintiff | | |
| 161 North Clark Street | | |
| Suite 3250 | Enter | Associate Judge Daniel T. Gillespie |
| Chicago, Illinois 60601 | | |
| (312) 580-2040 | | APR 2 7 2017 |
| (312) 580-2041 | | |
| Firm I.D. No. 46603 | Judge | Cit Judge's No: – 1507 |