## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JOHN KROSS

v.

ABX AIR, INC.; LGSTX SERVICES, INC.

No. 2018-L-004228

Defendant Address:
ABX AIR, INC.
R/A CORPORATION SERVICE COMPANY
2711 CENTREVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

COPY

To the officer:
This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 62415
Name: WISE MORRISSEY KAVENY LLC
Atty. for: JOHN KROSS
Address: 161 N CLARK #3250
City/State/Zip Code: CHICAGO, IL 60601
Telephone: (312) 580-2040
Primary Email Address: dcw@wmklawfirm.com
Secondary Email Address(es):
as@wmklawfirm.com

Witness: Wednesday, 25 April 2018
/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JOHN KROSS

v.

ABX AIR, INC.; LGSTX SERVICES, INC.

No. 2018-L-004228

Defendant Address:
ABX AIR, INC.
R/A CORPORATION SERVICE COMPANY
2711 CENTREVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

☑ SUMMONS  ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 , Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 62415
Name: WISE MORRISSEY KAVENY LLC
Atty. for: JOHN KROSS
Address: 161 N CLARK #3250
City/State/Zip Code: CHICAGO, IL 60601
Telephone: (312) 580-2040
Primary Email Address: dcw@wmklawfirm.com
Secondary Email Address(es):
as@wmklawfirm.com

Witness: Wednesday, 25 April 2018
/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

<u>JOHN KROSS</u>

v.

<u>ABX AIR, INC.; LGSTX SERVICES, INC.</u>

No. 2018-L-004228

Defendant Address:
ABX AIR, INC.
R/A CORPORATION SERVICE COMPANY
2711 CENTREVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 , Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 62415
Name: WISE MORRISSEY KAVENY LLC
Atty. for: JOHN KROSS
Address: 161 N CLARK #3250
City/State/Zip Code: CHICAGO, IL 60601
Telephone: (312) 580-2040
Primary Email Address: dcw@wmklawfirm.com
Secondary Email Address(es):
as@wmklawfirm.com

Witness: Wednesday, 25 April 2018
/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____    _____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
# COUNTY DEPARTMENT, LAW DIVISION

JOHN KROSS

v.

ABX AIR, INC.

No. _____

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand    ☑ Yes    ☐ No

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and Negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☑ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
- ☐ 007 Confession Of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By:    /s DAVID CASEY WISE
(Attorney)                    (ProSe)

ELECTRONICALLY FILED
4/25/2018 2:38 PM
2018-L-004228
CALENDAR: X
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

(FILE STAMP)

**COMMERCIAL LITIGATION**
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please Specify Below**)
- ☐ 075 Other Commercial Litigation
  (Please Specify Below**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email:    dcw@wmklawfirm.com
Secondary Email:  as@wmklawfirm.com
Tertiary Email:   _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *the Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
4/25/2018 2:38 PM
2018-L-004228
CALENDAR: X
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Firm ID#62415      DCW/as/14-111

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| JOHN KROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| ABX AIR, INC., ) | |
| LGSTX SERVICES, INC., ) | |
| ) | |
| Defendants. ) | *Plaintiff Demands Trial By Jury* |

### COMPLAINT AT LAW

### COUNT I

**Negligence - Fall on Mobile Stair - Personal Injury**

Plaintiff, JOHN KROSS, complaining of defendant, ABX AIR, INC., states:

1.   On and before November 10, 2014, defendant, ABX AIR, INC., was performing certain work at O'Hare International Airport, in Chicago, Illinois.

2.   At all times relevant, defendant, ABX AIR, INC., operated out of its offices at 5600 Mannheim Road, in Chicago, Illinois.

3.   At all times relevant, plaintiff, JOHN KROSS, lived at 2848 McLellan Blvd., in Yorkville, Illinois.

4.   At all times relevant, plaintiff was employed by DHL and was acting in the course and scope of that relationship at O'Hare International Airport.

5.   At all times relevant and at the time and place aforesaid, defendant, ABX AIR, INC., was performing work at O'Hare International Airport including painting and maintaining

portable stair sets for use in boarding planes and providing lighting for work being performed on the ramp.

6. At said time and place, as plaintiff was ascending a certain stair set to board a plane on the ramp, plaintiff lost his footing and fell, thereby sustaining injuries.

7. At said time and place, defendant, ABX AIR, INC., was negligent in one or more of the following ways:

  a. Caused or allowed the walking surfaces of the stair steps to be painted thereby creating a dangerously slippery and unsafe condition on the steps.

  b. Caused or allowed the stair set to be placed into and remain in service notwithstanding the dent / deformation on the second step of said stair set.

  c. Failed to adequately inspect the stair set and take it out of service.

  d. Failed to supply adequate lighting in the area for plaintiff to safely perform his work.

  e. Otherwise caused or allowed unsafe working conditions.

8. As a proximate result of one or more of the aforesaid acts or omissions, plaintiff sustained injuries of a personal and pecuniary nature.

9. This cause of action was voluntarily dismissed by plaintiff on April 27, 2017, pursuant to 735 ILCS 5/2-1009 and this Complaint is a re-filing of that earlier action.

WHEREFORE, plaintiff, JOHN KROSS, demands judgment against defendant, ABX AIR, INC., for a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

ELECTRONICALLY FILED
4/25/2018 2:38 PM
2018-L-004228
PAGE 2 of 5

## COUNT II

### Negligence - Fall on Mobile Stair - Personal Injury

Plaintiff, JOHN KROSS, complaining of defendant, LGSTX SERVICES, INC., states:

1. On and before November 10, 2014, ABX AIR, INC., was performing certain work at O'Hare International Airport, in Chicago, Illinois.

2. At all times relevant, plaintiff was employed by DHL and was acting in the course and scope of that relationship at O'Hare International Airport.

3. At all times relevant and at the time and place aforesaid, defendant, LGSTX SERVICES, INC., maintained a certain portable stair set at O'Hare International Airport which was used by DHL and/or ABX personnel.

4. At all times relevant, defendant, LGSTX SERVICES, INC., caused or allowed the aforesaid portable stair set was used by DHL and/or ABX personnel for use in in boarding planes on the ramp.

5. At all times relevant, defendant, LGSTX SERVICES, INC., caused or allowed said stair set, and in particular the stair treads of said stair set, to be painted.

6. At said time and place, as plaintiff was ascending a certain stair set to board a plane on the ramp, plaintiff lost his footing and fell, thereby sustaining injuries.

7. At said time and place, defendant, LGSTX SERVICES, INC., was negligent in one or more of the following ways:

    a. Caused or allowed the walking surfaces of the stair steps to be painted thereby creating a dangerously slippery and unsafe condition on the steps.

    b. Caused or allowed the stair set to be placed into and remain in service notwithstanding the dent / deformation on the second step of said stair set.

ELECTRONICALLY FILED
4/25/2018 2:38 PM
2018-L-004228
PAGE 3 of 5

3

ELECTRONICALLY FILED
4/25/2018 2:38 PM
2018-L-004228
PAGE 4 of 5

    c.    Failed to adequately inspect the stair set and take it out of service.

    d.    Failed to supply adequate lighting in the area for plaintiff to safely perform his work.

    e.    Otherwise caused or allowed unsafe working conditions.

8.    As a proximate result of one or more of the aforesaid acts or omissions, plaintiff sustained injuries of a personal and pecuniary nature.

9.    This cause of action was voluntarily dismissed by plaintiff on April 27, 2017, pursuant to 735 ILCS 5/2-1009 and this Complaint is a re-filing of that earlier action.

WHEREFORE, plaintiff, JOHN KROSS, demands judgment against defendant, LGSTX SERVICES, INC., for a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

Respectfully submitted,

_____
DAVID C. WISE

Wise Morrissey Kaveny
Attorneys for Plaintiff
161 North Clark Street
Suite 3250
Chicago, Illinois 60601
(312) 580-2040
(312) 580-2041

4

Firm ID#62415  DCW/as/14-111

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| JOHN KROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| ABX AIR, INC., | ) |
| LGSTX SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

I, David C. Wise, state under oath:

1. I am an attorney associated with Burke Wise Morrissey & Kaveny and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

_____
David C. Wise

SUBSCRIBED and SWORN to before me this 25th day of April, 2018.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
ANGELINA MIJARES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/15/19

ELECTRONICALLY FILED
4/25/2018 2:38 PM
2018-L-004228
PAGE 5 of 5